```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 45184
   JAMES MICHAEL GRGANTO
   NADINE COLETTE GRGANTO                       CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-9462     SSN XXX-XX-7568
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/08/04 and confirmed on 02/03/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  75738.81 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 37607.19 | .00 | 37607.19 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 1395.96 | .00 | 1395.96 |
| COUNTRYWIDE HOME LOANS | SECURED | 16785.21 | .00 | 16785.21 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 471.52 | .00 | 471.52 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1224.68 | .00 | 1224.68 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3800.60 | .00 | 1038.07 |
| US BANK | UNSECURED | 11610.58 | .00 | 3171.24 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2302.12 | .00 | 628.79 |
| MARSHALL FIELD | UNSECURED | 167.63 | .00 | 45.79 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6256.56 | .00 | 1708.88 |
| SMC | UNSECURED | 808.30 | .00 | 220.77 |
| WORLD FINANCIAL NETWORK | UNSECURED | 465.75 | .00 | 127.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1523.32 | .00 | 416.07 |
| SAMS CLUB GECF | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3158.59 | .00 | 862.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1308.88 | .00 | 357.50 |
| ROUNDUP FUNDING LLC | UNSECURED | 5921.97 | .00 | 1617.49 |
| UNION PLUS LOAN PROGRAM | UNSECURED | 4502.97 | .00 | 1229.91 |
| WORLD FINANCIAL NETWORK | UNSECURED | 412.79 | .00 | 112.75 |
| INTERNAL REVENUE SERVICE | UNSECURED | 73.12 | .00 | 19.97 |

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

     Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 56259.88 | 1224.68 | 42313.18 | .00 | 99797.74 |
| PRINCIPAL PAID | 56259.88 | 1224.68 | 11557.16 | .00 | 69041.72 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID              56259.88        1224.68       11557.16           .00      69041.72
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   2982.28 .

Refunds to the Debtor totaled $   1014.81 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 45184 JAMES MICHAEL GRGANTO & NADINE COLETTE GRGANTO